1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@aghwlaw.com
2  ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
   aklein@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:    (415) 697-2000
5  Facsimile:    (415) 813-2045

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| DELLA DALTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01828-MCE-EFB<br><br>[ASSIGNED TO HON. MORRISON C. ENGLAND, JR. FOR ALL PURPOSES]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; ORDER THEREON**<br><br>Trial:　None Set |

///
///
///
///
///
///
///
///
///

The parties to this action acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of the entire action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: March 19, 2019  BERG INJURY LAWYERS

By: */s/ Brian W. Plummer*
WILLIAM S. GINSBURG
BRIAN W. PLUMMER
Attorneys for Plaintiff
DELLA DALTON

Dated: March 19, 2019  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: */s/ Vincent Castillo*
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

## ORDER

Having reviewed the foregoing stipulation, and good cause appearing, this matter in its entirety, including all claims and counterclaims stated herein against all parties, is hereby dismissed, with prejudice. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: March 20, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

STIPULATION OF VOLUNTARY
DISMISSAL; ORDER THEREON
2:18-CV-01828-MCE-EFB

CERTIFICATE OF SERVICE
*** Della Dalton v. National Railroad Passenger Corporation, et al.***
U.S. District Court, Eastern Dist. of CA Case No.: 2:18-CV-01828-MCE-EFB

    I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, California 94104. On March 19, 2019, I served the within:

STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| William S. Ginsburg, Esq.<br>Brian W. Plummer, Esq.<br>BERG INJURY LAWYERS<br>640 Watt Avenue, Ste. 100<br>Sacramento, CA 95864 | 916-641-5800 Phone<br>916-641-2629 Fax<br>bplummer@berginjurylawyers.com<br>wginsburg@berginjurylawyers.com<br><br>*Attorneys for Plaintiff DELLA DALTON* |

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☒ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

  Executed on March 19, 2019, at San Francisco, California.

                                                      */s/ Adrian Castaneda*
                                                      Adrian Castaneda

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

295858.1